*1046 516 U. S. 850;
517 U. S. 1221;
517 U. S. 1245;
ante, p. 1017;
ante, p. 1017;
ante, p. 1019;
ante, p. 1007;
*1047 No. 95-1843.
No. 95-1866.
No. 95-1909.
No. 95-6510.
No. 95-8335.
No. 95-8425.
No. 95-8455.
No. 95-8528.
No. 95-8566.
No. 95-8570.
No. 95-8589.
No. 95-8599.
No. 95-8623.
No. 95-8636.
No. 95-8660.
No. 95-8671.
No. 95-8681.
No. 95-8682.
No. 95-8756.
No. 95-8771.
No. 95-8772.
No. 95-8780.
No. 95-8798.
No. 95-8836.
ante, p. 1020;
ante, p. 1007;
ante, p. 1020;
ante, p. 152;
ante, p. 1021;
517 U. S. 1224;
517 U. S. 1225;
517 U. S. 1214;
517 U. S. 1247;
517 U. S. 1247;
517 U. S. 1248;
ante, p. 1008;
ante, p. 1008;
ante, p. 1008;
ante, p. 1009;
ante, p. 1009;
ante, p. 1022;
ante, p. 1009;
ante, p. 1010;
ante, p. 1024;
ante, p. 1024;
ante, p. 1024;
517 U. S. 1238;
ante, p. 651;
*1048 No. 95-8848.
No. 95-8850.
No. 95-8875.
No. 95-8926.
No. 95-8944.
No. 95-8952.
No. 95-9071.
ante, p. 1016;
517 U. S. 1239;
517 U. S. 1249;
ante, p. 1025;
ante, p. 1025;
ante, p. 1025;
ante, p. 1026. Petitions for rehearing denied.